IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION<br>919 18th Street, N.W., Suite 550<br>Washington, D.C. 20006,<br>                      *Plaintiff*,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201;<br><br>    and<br><br>MARK B. McCLELLAN, Administrator,<br>Centers for Medicare and Medicaid Services,<br>7500 Security Blvd.<br>Baltimore, MD 21244,<br>                      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NUMBER 1:05CV02027
JUDGE: Reggie B. Walton
DECK TYPE: TRO/Preliminary Injunction
DATE STAMP: 10/13/2005

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for the Power Mobility Coalition, a non-profit corporation incorporated in Nevada, certify that to the best of my knowledge and belief, the Power Mobility Coalition does not have any parent, subsidiary, or affiliate with securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*/s/ K. Chris Todd*

K. Chris Todd
D.C. Bar No.: 284455
Kellogg, Huber, Hansen, Todd
  Evans & Figel, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, D.C. 20036
(202) 326-7900

Dated October 13, 2005

2