# EXHIBIT 4

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES  
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED  
OMB NO. 0938-0875

**CERTIFICATE OF MEDICAL NECESSITY**

**DMERC 02.03A**

**MOTORIZED WHEELCHAIRS**

| SECTION A | Certification Type/Date: | INITIAL ___/___/___ | REVISED ___/___/___ |
|---|---|---|---|

PATIENT NAME, ADDRESS, TELEPHONE and HIC NUMBER

(___)___-_____ HICN _____

SUPPLIER NAME, ADDRESS, TELEPHONE and NSC NUMBER

(___)___-_____ NSC #_____

| PLACE OF SERVICE _____ NAME and ADDRESS of FACILITY if applicable (See Reverse) | HCPCS CODES: _____ _____ _____ _____ | PT DOB ___/___/___ ; Sex ___ (M/F); HT._____(in.); WT.____(lbs.) PHYSICIAN NAME, ADDRESS, TELEPHONE and UPIN NUMBER (___)___-_____ UPIN #_____ |
|---|---|---|

**SECTION B — Information in This Section May Not Be Completed by the Supplier of the Items/Supplies.**

EST. LENGTH OF NEED (# OF MONTHS): _____ 1-99 (99=LIFETIME) | DIAGNOSIS CODES (ICD-9): _____ _____ _____ _____

| ITEM ADDRESSED | ANSWERS | ANSWER QUESTIONS 1, 6 AND 7 FOR MOTORIZED WHEELCHAIR BASE, 1-5 FOR WHEELCHAIR OPTIONS/ACCESSORIES. (Circle **Y** for Yes, **N** for No, or **D** for Does Not Apply, unless otherwise noted.) |
|---|---|---|
| Motorized Whlchr Base and All Accessories | Y  N  D | 1. Does the patient require and use a wheelchair to move around in their residence? |
| Reclining Back | Y  N  D | 2. Does the patient have quadriplegia, a fixed hip angle, a trunk cast or brace, excessive extensor tone of the trunk muscles or a need to rest in a recumbent position two or more times during the day? |
| Elevating Legrest | Y  N  D | 3. Does the patient have a cast, brace or musculoskeletal condition, which prevents 90 degree flexion of the knee, or does the patient have significant edema of the lower extremities that requires an elevating legrest, or is a reclining back ordered? |
| Adjustable Height Armrest | Y  N  D | 4. Does the patient have a need for arm height different than that available using non-adjustable arms? |
| Reclining Back; Adjustable Height Armrest | _____ | 5. How many hours per day does the patient usually spend in the wheelchair? (1-24) (Round up to the next hour) |
| Motorized Whlchr Base | Y  N  D | 6. Does the patient have severe weakness of the upper extremities due to a neurologic, muscular, or cardiopulmonary disease/condition? |
| Motorized Whlchr Base | Y  N  D | 7. Is the patient unable to operate any type of manual wheelchair? |

NAME OF PERSON ANSWERING SECTION B QUESTIONS, IF OTHER THAN PHYSICIAN (Please Print):  
NAME: _____ TITLE: _____ EMPLOYER: _____

| SECTION C | Narrative Description of Equipment and Cost |
|---|---|

(1) Narrative description of all items, accessories and options ordered; (2) Supplier's charge; and (3) Medicare Fee Schedule Allowance for each item, accessory, and option. *(See instructions on back.)* If additional space is needed, list wheelchair base and most costly options/accessories on this page and continue on Form CMS-854.

☐ CHECK HERE IF ADDITIONAL OPTIONS/ACCESSORIES ARE LISTED ON Form CMS-854

| SECTION D | Physician Attestation and Signature/Date |
|---|---|

I certify that I am the treating physician identified in Section A of this form. I have received Sections A, B and C of the Certificate of Medical Necessity (including charges for items ordered). Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information in Section B is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

PHYSICIAN'S SIGNATURE _____ DATE ___/___/___ (SIGNATURE AND DATE STAMPS ARE NOT ACCEPTABLE)

CMS-843 (05/97) EF (04/2005)

| | |
|---|---|
| **SECTION A:** | **(May be completed by the supplier)** |
| CERTIFICATION TYPE/DATE: | If this is an initial certification for this patient, indicate this by placing date (MM/DD/YY) needed initially in the space marked "INITIAL." If this is a revised certification (to be completed when the physician changes the order, based on the patient's changing clinical needs), indicate the initial date needed in the space marked "INITIAL," and also indicate the recertification date in the space marked "REVISED." If this is a recertification, indicate the initial date needed in the space marked "INITIAL," and also indicate the recertification date in the space marked "RECERTIFICATION." Whether submitting a REVISED or a RECERTIFIED CMN, be sure to always furnish the INITIAL date as well as the REVISED or RECERTIFICATION date. |
| PATIENT INFORMATION: | Indicate the patient's name, permanent legal address, telephone number and his/her health insurance claim number (HICN) as it appears on his/her Medicare card and on the claim form. |
| SUPPLIER INFORMATION: | Indicate the name of your company (supplier name), address and telephone number along with the Medicare Supplier Number assigned to you by the National Supplier Clearinghouse (NSC). |
| PLACE OF SERVICE: | Indicate the place in which the item is being used; i.e., patient's home is 12, skilled nursing facility (SNF) is 31, End Stage Renal Disease (ESRD) facility is 65, etc. Refer to the DMERC supplier manual for a complete list. |
| FACILITY NAME: | If the place of service is a facility, indicate the name and complete address of the facility. |
| HCPCS CODES: | List all HCPCS procedure codes for items ordered that require a CMN. Procedure codes that do not require certification should not be listed on the CMN. |
| PATIENT DOB, HEIGHT, WEIGHT AND SEX: | Indicate patient's date of birth (MM/DD/YY) and sex (male or female); height in inches and weight in pounds, if requested. |
| PHYSICIAN NAME, ADDRESS: | Indicate the physician's name and complete mailing address. |
| UPIN: | Accurately indicate the ordering physician's Unique Physician Identification Number (UPIN). |
| PHYSICIAN'S TELEPHONE NO: | Indicate the telephone number where the physician can be contacted (preferably where records would be accessible pertaining to this patient) if more information is needed. |
| **SECTION B:** | **(May not be completed by the supplier. While this section may be completed by a non-physician clinician, or a physician employee, it must be reviewed, and the CMN signed (in Section D) by the ordering physician.)** |
| EST. LENGTH OF NEED: | Indicate the estimated length of need (the length of time the physician expects the patient to require use of the ordered item) by filling in the appropriate number of months. If the physician expects that the patient will require the item for the duration of his/her life, then enter 99. |
| DIAGNOSIS CODES: | In the first space, list the ICD9 code that represents the primary reason for ordering this item. List any additional ICD9 codes that would further describe the medical need for the item (up to 3 codes). |
| QUESTION SECTION: | This section is used to gather clinical information to determine medical necessity. Answer each question which applies to the items ordered, circling "Y" for yes, "N" for no, "D" for does not apply, a number if this is offered as an answer option, or fill in the blank if other information is requested. |
| NAME OF PERSON ANSWERING SECTION B QUESTIONS: | If a clinical professional other than the ordering physician (e.g., home health nurse, physical therapist, dietician), or a physician employee answers the questions of Section B, he/she must print his/her name, give his/her professional title and the name of his/her employer where indicated. If the physician is answering the questions, this space may be left blank. |
| **SECTION C:** | **(To be completed by the supplier)** |
| NARRATIVE DESCRIPTION OF EQUIPMENT & COST: | Supplier gives (1) a narrative description of the item(s) ordered, as well as all options, accessories, supplies and drugs; (2) the supplier's charge for each item, option, accessory, supply and drug; and (3) the Medicare fee schedule allowance for each item/option/accessory/supply/drug, if applicable. |
| **SECTION D:** | **(To be completed by the physician)** |
| PHYSICIAN ATTESTATION: | The physician's signature certifies (1) the CMN which he/she is reviewing includes Sections A, B, C and D; (2) the answers in Section B are correct; and (3) the self-identifying information in Section A is correct. |
| PHYSICIAN SIGNATURE | After completion and/or review by the physician of Sections A, B and C, the physician must sign and date the CMN in Section D, verifying the Attestation appearing in this Section. The physician's signature also certifies the items ordered are medically necessary for this patient. Signature and date stamps are not acceptable. |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0875. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s), or suggestions for improving this form, write to: CMS, 7500 Security Blvd., N2-14-26, Baltimore, Maryland 21244-1850.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES  
CENTERS FOR MEDICARE & MEDICAID SERVICES

FORM APPROVED  
OMB NO. 0938-0679

## CERTIFICATE OF MEDICAL NECESSITY
### DMERC 07.02B
### POWER OPERATED VEHICLE (POV)

**SECTION A**   Certification Type/Date:   INITIAL ___/___/___   REVISED ___/___/___

PATIENT NAME, ADDRESS, TELEPHONE and HIC NUMBER

(___) ___-____ HICN

SUPPLIER NAME, ADDRESS, TELEPHONE and NSC NUMBER

(___) ___-____ NSC #

PLACE OF SERVICE _____   HCPCS CODES:   PT DOB ___/___/___; Sex ___ (M/F); HT. ____(in.); WT. ____(lbs.)

NAME and ADDRESS of FACILITY if applicable (See Reverse)

PHYSICIAN NAME, ADDRESS (Printed or Typed)

PHYSICIAN'S UPIN:  
PHYSICIAN'S TELEPHONE #: (___) ___-____

**SECTION B**   Information in this Section May Not Be Completed by the Supplier of the Items/Supplies.

EST. LENGTH OF NEED (# OF MONTHS): _____ 1-99 (99=LIFETIME)   DIAGNOSIS CODES (ICD-9): _____ _____ _____ _____

| ANSWERS | ANSWER QUESTIONS 6 - 14 FOR POWER OPERATED VEHICLE (POV) (Circle **Y** for Yes, **N** for No, or **D** for Does Not Apply) |
|---|---|
| | Questions 1 - 5, and 9 - 11, reserved for other or future use. |
| Y   N   D | 6. Does the patient require a POV to move around in their residence? |
| Y   N   D | 7. Have all types of manual wheelchairs (including lightweights) been considered and ruled out? |
| Y   N   D | 8. Does the patient require a POV <u>only</u> for movement outside their residence? |
| Y   N   D | 12. Is the physician signing this form a specialist in physical medicine, orthopedic surgery, neurology, or rheumatology? |
| Y   N   D | 13. Is the patient more than one day's round trip from a specialist in physical medicine, orthopedic surgery, neurology, or rheumatology? |
| Y   N   D | 14. Does the patient's physical condition prevent a visit to a specialist in physical medicine, orthopedic surgery, neurology, or rheumatology? |

NAME OF PERSON ANSWERING SECTION B QUESTIONS, IF OTHER THAN PHYSICIAN (Please Print):  
NAME:                               TITLE:                               EMPLOYER:

**SECTION C**   Narrative Description Of Equipment And Cost

(1) <u>Narrative</u> description of all items, accessories and options ordered; (2) Supplier's charge; and (3) Medicare Fee Schedule Allowance for <u>each</u> item, accessory, and option. *(See Instructions On Back)*

**SECTION D**   Physician Attestation and Signature/Date

I certify that I am the physician identified in Section A of this form. I have received Sections A, B and C of the Certificate of Medical Necessity (including charges for items ordered). Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information in Section B is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

PHYSICIAN'S SIGNATURE _____ DATE ___/___/___ (SIGNATURE AND DATE STAMPS ARE NOT ACCEPTABLE)

CMS 850 (4/96)

| | |
|---|---|
| **SECTION A:** | **(May be completed by the supplier)** |
| CERTIFICATION TYPE/DATE: | If this is an initial certification for this patient, indicate this by placing date (MM/DD/YY) needed initially in the space marked "INITIAL." If this is a revised certification (to be completed when the physician changes the order, based on the patient's changing clinical needs), indicate the initial date needed in the space marked "INITIAL," and also indicate the recertification date in the space marked "REVISED." If this is a recertification, indicate the initial date needed in the space marked "INITIAL," and also indicate the recertification date in the space marked "RECERTIFICATION." Whether submitting a REVISED or a RECERTIFIED CMN, be sure to always furnish the INITIAL date as well as the REVISED or RECERTIFICATION date. |
| PATIENT INFORMATION: | Indicate the patient's name, permanent legal address, telephone number and his/her health insurance claim number (HICN) as it appears on his/her Medicare card and on the claim form. |
| SUPPLIER INFORMATION: | Indicate the name of your company (supplier name), address and telephone number along with the Medicare Supplier Number assigned to you by the National Supplier Clearinghouse (NSC). |
| PLACE OF SERVICE: | Indicate the place in which the item is being used; i.e., patient's home is 12, skilled nursing facility (SNF) is 31, End Stage Renal Disease (ESRD) facility is 65, etc. Refer to the DMERC supplier manual for a complete list. |
| FACILITY NAME: | If the place of service is a facility, indicate the name and complete address of the facility. |
| HCPCS CODES: | List all HCPCS procedure codes for items ordered that require a CMN. Procedure codes that do not require certification should not be listed on the CMN. |
| PATIENT DOB, HEIGHT, WEIGHT AND SEX: | Indicate patient's date of birth (MM/DD/YY) and sex (male or female); height in inches and weight in pounds, if requested. |
| PHYSICIAN NAME, ADDRESS: | Indicate the physician's name and complete mailing address. |
| UPIN: | Accurately indicate the ordering physician's Unique Physician Identification Number (UPIN). |
| PHYSICIAN'S TELEPHONE NO: | Indicate the telephone number where the physician can be contacted (preferably where records would be accessible pertaining to this patient) if more information is needed. |
| **SECTION B:** | **(May not be completed by the supplier. While this section may be completed by a non-physician clinician, or a physician employee, it must be reviewed, and the CMN signed (in Section D) by the ordering physician.)** |
| EST. LENGTH OF NEED: | Indicate the estimated length of need (the length of time the physician expects the patient to require use of the ordered item) by filling in the appropriate number of months. If the physician expects that the patient will require the item for the duration of his/her life, then enter 99. |
| DIAGNOSIS CODES: | In the first space, list the ICD9 code that represents the primary reason for ordering this item. List any additional ICD9 codes that would further describe the medical need for the item (up to 3 codes). |
| QUESTION SECTION: | This section is used to gather clinical information to determine medical necessity. Answer each question which applies to the items ordered, circling "Y" for yes, "N" for no, "D" for does not apply, a number if this is offered as an answer option, or fill in the blank if other information is requested. |
| NAME OF PERSON ANSWERING SECTION B QUESTIONS: | If a clinical professional other than the ordering physician (e.g., home health nurse, physical therapist, dietician), or a physician employee answers the questions of Section B, he/she must print his/her name, give his/her professional title and the name of his/her employer where indicated. If the physician is answering the questions, this space may be left blank. |
| **SECTION C:** | **(To be completed by the supplier)** |
| NARRATIVE DESCRIPTION OF EQUIPMENT & COST: | Supplier gives (1) a narrative description of the item(s) ordered, as well as all options, accessories, supplies and drugs; (2) the supplier's charge for each item, option, accessory, supply and drug; and (3) the Medicare fee schedule allowance for each item/option/accessory/supply/drug, if applicable. |
| **SECTION D:** | **(To be completed by the physician)** |
| PHYSICIAN ATTESTATION: | The physician's signature certifies (1) the CMN which he/she is reviewing includes Sections A, B, C and D; (2) the answers in Section B are correct; and (3) the self-identifying information in Section A is correct. |
| PHYSICIAN SIGNATURE AND DATE: | After completion and/or review by the physician of Sections A, B and C, the physician must sign and date the CMN in Section D, verifying the Attestation appearing in this Section. The physician's signature also certifies the items ordered are medically necessary for this patient. Signature and date stamps are not acceptable. |

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0679. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Blvd., N2-14-26, Baltimore, Maryland 21244-1850.s