**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

POWER MOBILITY COALITION             )
919 18th Street, N.W., Suite 550     )
Washington, D.C. 20006,              )
                            CASE NUMBER   1:05CV02027

        *Plaintiff,*          JUDGE: Reggie B. Walton

                            DECK TYPE: TRO/Preliminary Injunction

    v.                 DATE STAMP: 10/13/2005

MICHAEL O. LEAVITT, Secretary,          )
United States Department of Health and  )
Human Services,                         )
200 Independence Avenue, S.W.           )
Washington, D.C.  20201;                )
                          )
    and                      )
                          )
MARK B. McCLELLAN, Administrator,       )
Centers for Medicare and Medicaid Services, )
7500 Security Blvd.                     )
Baltimore, MD  21244,                   )
                          )
        *Defendants.*      )

**PLAINTIFF'S MOTION TO FILE CONFIDENTIAL EXCERPTS FROM THE
DECLARATION OF J. GREGORY SIDAK AND HAL J. SINGER UNDER SEAL**

Plaintiff, the Power Mobility Coalition, respectfully moves to file under seal

excerpts from the original, unredacted Declaration of J. Gregory Sidak and Hal J. Singer

in support of Plaintiff's Motion for Preliminary Injunctive Relief.  In support of this

motion to file under seal, plaintiff states as follows:

1.       The document from which plaintiff wishes to file excerpts under seal is the

declaration of two economists, J. Gregory Sidak and Hal J. Singer.  The Declaration

concerns the economic impact of the agency rule challenged in this case on The Scooter

Store, which is a leading supplier of power wheelchairs and scooters and a member of the

plaintiff organization. The Declaration is submitted in support of plaintiff's motion to enjoin enforcement of the challenged regulations.

2.      The Declaration contains confidential and sensitive business information about The Scooter Store, including its net revenues and profit (or loss, if Medicare reimbursement is denied), for each wheelchair and scooter sold. Plaintiff therefore requests that it be permitted to file a redacted copy of the Declaration as part of the public record of this case, omitting only dollar values relating to The Scooter Store's revenues and profits, and to file under seal excerpts from the unredacted declaration containing the redacted portions.

For the reasons set forth herein, Plaintiff respectfully requests that the Court allow excerpts from the unredacted Declaration of Gregory Sidak and Hal J. Singer to be filed under seal. A proposed order is attached.

Respectfully submitted,


_K. Chris Todd_ /aes

Eric W. Sokol
  D.C. Bar No.: 434592
Power Mobility Coalition
919 18th Street, N.W.
Suite 550
Washington, D.C. 20006
(202) 296-3501

K. Chris Todd
  D.C. Bar No.: 284455
David C. Frederick
  D.C. Bar No.: 431864
Austin C. Schlick
  D.C. Bar No.: 540042
Andrew M. Hetherington
  D.C. Bar No.: 490434
Kellogg, Huber, Hansen, Todd
  Evans & Figel, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for the Power Mobility Coalition*


Dated: October 13, 2005

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| POWER MOBILITY COALITION )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, United States )<br>Department of Health and Human Services, and )<br>MARK B. McCLELLAN, Administrator, Centers )<br>for Medicare and Medicaid Services, )<br>)<br>     Defendants. )<br>) | Civil Action No. _____ |

**[PROPOSED] ORDER GRANTING MOTION TO FILE**
**EXCERPTS FROM DECLARATION UNDER SEAL**

The Court having considered Plaintiff's Motion to File Excerpts From The

Declaration of J. Gregory Sidak and Hal J. Singer Under Seal and the entire record

thereon,

It is hereby ORDERED that plaintiff's motion be, and hereby is, GRANTED.


_____

United States District Judge


Dated: _____, 2005