UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the Department of<br>Health and Human Services, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05-cv-02027-RBW<br>)<br>)<br>)  **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that Steven Y. Bressler and Sheila M. Lieber, attorneys with the United States Department of Justice, Civil Division, and in good standing with the District of Columbia Bar, will be appearing in this action on behalf of Defendants, Michael O. Leavitt and Mark B. McClellan.

Date:   October 17, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia
SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

          /s/
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)
Steven.Bressler@USDOJ.gov