IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER MOBILITY COALITION, )
)
      Plaintiff, )
)
v. ) Case No.: 1:05cv02027
) (RBW)
MICHAEL O. LEAVITT, Secretary, United States )
Department of Health and Human Services, and )
MARK B. McCLELLAN, Administrator, Centers )
for Medicare and Medicaid Services, )
)
      Defendants. )
)

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel, an active member in good standing of the Bar of this Court, respectfully moves pursuant to Local Civil Rule 83.2(d) that Austin C. Schlick be permitted to participate in the above-captioned matter *pro hac vice* as counsel for plaintiff, and states in support the following:

As explained in Mr. Schlick's accompanying declaration, Mr. Schlick is a partner at the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, NW, Suite 400, Washington, D.C. 20036. He has been admitted to the Bars of the Supreme Court of the Commonwealth of Pennsylvania, the District of Columbia, the United States Courts of Appeals for the Fifth, Sixth, Eighth and District of Columbia Circuits, and the United States Supreme Court. Mr. Schlick has not been disciplined by any bar. He has not previously been admitted *pro hac vice* in this Court.

Mr. Schlick's admission to the Bar of this Court is pending. He is due to be sworn in on November 7, 2005.

Respectfully submitted,

*/s/ K. Chris Todd*

K. Chris Todd
D.C. Bar No. 284455
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7900 (telephone)
(202) 326-7999 (facsimile)

Counsel for Plaintiff

Dated: October 20, 2005

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, and MARK B. McCLELLAN, Administrator, Centers for Medicare and Medicaid Services,<br><br>Defendants. | Case No.: 1:05cv02027 (RBW) |

## DECLARATION OF AUSTIN C. SCHLICK

Austin C. Schlick, pursuant to Local Civil Rule 83.2(d), respectfully submits this declaration for admission *pro hac vice* and states:

1. This declaration is submitted in support of the motion of plaintiff Power Mobility Coalition and K. Chris Todd for an order permitting me to appear and participate in this case *pro hac vice*.

2. I am a partner in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., Sumner Square, 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, which represents plaintiff Power Mobility Coalition in the above-captioned case. My telephone number is (202) 326-7900.

3. I am a member in good standing of the Bars of the Supreme Court of the Commonwealth of Pennsylvania and the District of Columbia. I am also a member of the bars of the United States Courts of Appeals for the Fifth, Sixth, Eighth, and the District of

Columbia Circuits, and the United States Supreme Court.

4.   I have not been disciplined by any bar and there are no pending disciplinary proceedings against me.

5.   I have not previously been admitted *pro hac vice* in this Court.

6.   My admission to the Bar of this Court is pending. I am due to be sworn in on November 7, 2005.

WHEREFORE, Austin C. Schlick prays this Court to allow him to be admitted *pro hac vice*.

\*   \*   \*   \*   \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2005.

*/s/ Austin C. Schlick*
Austin C. Schlick
D.C. Bar No. 450042

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, and MARK B. McCLELLAN, Administrator, Centers for Medicare and Medicaid Services,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No.: 1:05cv02027<br>)    (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* filed by plaintiff and K. Chris Todd on behalf of Austin C. Schlick is GRANTED, and Austin C. Schlick may appear on behalf plaintiff for this case only.

SIGNED this the _____ day of October, 2005.

_____
The Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE