# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL O. LEAVITT, </br> Secretary of the Department of </br> Health and Human Services, *et al.* </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:05-cv-02027-RBW </br> ) </br> ) **[PROPOSED] ORDER** </br> ) </br> ) |

IT IS HEREBY ORDERED that the Plaintiff's Motion for a Preliminary Injunction is DENIED.

_____
Hon. REGGIE B. WALTON
United States District Judge