CODE OF FEDERAL REGULATIONS
TITLE 42--PUBLIC HEALTH
CHAPTER IV--CENTERS FOR MEDICARE & MEDICAID SERVICES,
DEPARTMENT OF HEALTH
AND HUMAN SERVICES
SUBCHAPTER B--MEDICARE PROGRAM
PART 405--FEDERAL HEALTH INSURANCE FOR THE AGED AND
DISABLED
SUBPART H--APPEALS UNDER THE MEDICARE PART B PROGRAM
Current through October 13, 2005; 70 FR 59974

**§ 405.801 Part B appeals--general description.**

(a) The Medicare carrier makes an initial determination when a request for payment for Part B benefits is submitted. If an individual beneficiary is dissatisfied with the initial determination, he or she may request, and the carrier will perform, a review of the claim. Following the carrier's review determination, the beneficiary may obtain a carrier hearing if the amount remaining in controversy is at least $100. The beneficiary is also entitled to a carrier hearing without the benefit of a review determination when the initial request for payment is not being acted upon with reasonable promptness (as defined in § 405.802). Following the carrier hearing, the beneficiary may obtain a hearing before an ALJ if the amount remaining in controversy is at least $500. If the beneficiary is dissatisfied with the decision of the ALJ, he or she may request the Departmental Appeals Board (DAB) to review the case. Following the action of the DAB, the beneficiary may file suit in Federal district court if the amount remaining in controversy is at least $1,000.

(b) The rights of a beneficiary under paragraph (a) of this section to appeal the carrier's initial determination are granted also to--

(1) A physician or supplier that furnishes services to a beneficiary and that accepts an assignment from the beneficiary, or

(2) A physician who meets the conditions of section 1842(l)(1)(A) of the Act pertaining to refund requirements for nonparticipating physicians who have not taken assignment on the claim(s) at issue.

(c) Procedures governing the determinations by SSA as to whether an individual has met basic Part B entitlement requirements are covered in subpart G of this part and 20 CFR part 404, subpart J. Subparts J and R of 20 CFR part 404 are also applicable to ALJ, DAB, and judicial review conducted under subpart H, except to the extent that specific provisions are contained in this subpart.

[39 FR 12096, April 3, 1974. Redesignated at 42 FR 52826, Sept. 30, 1977, and amended at 45 FR 73945, Nov. 7, 1980; 53 FR 47201, Nov. 22, 1988; 62 FR 25853, May 12, 1997]