**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| POWER MOBILITY COALITION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, United States )<br>Department of Health and Human Services, and )<br>MARK B. McCLELLAN, Administrator, Centers )<br>for Medicare and Medicaid Services, )<br>)<br>Defendants. )<br>) | Case No.: 1:05cv02027 (RBW) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THE DECLARATION OF
DR. MARK RACE IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff, the Power Mobility Coalition, hereby moves pursuant to LCvR 65.1(c) for leave to file the Declaration of Dr. Mark Race in support of its pending Motion for Preliminary Injunctive Relief (filed Oct. 13, 2005). The Coalition files this motion in response to Defendants' argument, in opposing a preliminary injunction, that the Race declaration should be treated as a "supplemental affidavit" under LCvR 65.1(c). *See* Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction at 19 n.13 (filed Oct. 21, 2005) ("Opposition").

Dr. Race's declaration was filed and served as soon as it became available to the Coalition on October 14, 2005 – one day after the filing of the Coalition's Complaint and the Motion for Preliminary Injunctive Relief. Defendants were not prejudiced by the short delay in the filing of the declaration. The declaration provides further evidentiary

support for arguments and evidence already contained in the Motion for Preliminary Injunctive Relief and its exhibits. Moreover, Defendants had five business days to respond to the Race declaration as contemplated under LCvR 65.1(c), and they did respond to the substance of Dr. Race's testimony. *See* Opposition at 20 n.13.

For the foregoing reasons, if the Court determines that a motion for leave to file the declaration of Dr. Mark Race is necessary under LCvR 65.1(c), the Coalition asks the Court to enter the attached proposed Order.

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      K. Chris Todd
                                                       D.C. Bar No.: 284455
                                                     David C. Frederick
                                                       D.C. Bar No.: 431864
                                                     Austin C. Schlick
                                                      D.C. Bar No.: 450042
                                                     Kellogg, Huber, Hansen, Todd,
                                                      Evans & Figel, P.L.L.C.
                                                     1615 M Street, N.W.
                                                     Suite 400
                                                     Washington, D.C. 20036
                                                     (202) 326-7900

                                                     *Counsel for the Power Mobility Coalition*

Dated:  October 24, 2005