IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL O. LEAVITT, Secretary, United States )<br>Department of Health and Human Services, and )<br>MARK B. McCLELLAN, Administrator, Centers )<br>for Medicare and Medicaid Services, )<br>)<br>Defendants. )<br>) | Case No.: 1:05cv02027<br>        (RBW) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE DECLARATION OF DR. MARK RACE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

The Court having considered Plaintiff's Motion for Leave To File the Declaration of Dr. Mark Race in Support of Plaintiff's Motion for Preliminary Injunctive Relief,

IT IS ORDERED that the Motion is hereby GRANTED.

_____
Hon. REGGIE B. WALTON
United States District Judge

Dated: October ___, 2005