IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:05cv02027 (RBW) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, and MARK B. McCLELLAN, Administrator, Centers for Medicare and Medicaid Services, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

ERRATA TO
PLAINTIFF'S REPLY IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, the Power Mobility Coalition, respectfully submits these Errata to its Reply in Support of Motion for Preliminary Injunction filed with this Court earlier today (October 24, 2005). Upon review of the Coalition's Reply, it was discovered that, on page 7, two citations to the Code of Federal Regulations were incorrect. The citation to "42 C.F.R. § 424(c)(1)" should read "42 C.F.R. § 424.57(c)(1)," and the citation to "*id.* § 424(d)" should read "*id.* § 424.57(d)."

On page 25 of the Reply, "October 24, 2004," should read "October 24, 2005."

Corrected versions of pages 7 and 25 of the Reply are attached for the Court's convenience.

                                                    Respectfully submitted,

                                          _____/s/_____

                                          K. Chris Todd
                                            D.C. Bar No.: 284455
                                          David C. Frederick
                                            D.C. Bar No.: 431864
                                          Austin C. Schlick
                                            D.C. Bar No.: 450042
                                          Kellogg, Huber, Hansen, Todd,
                                            Evans & Figel, P.L.L.C.
                                            1615 M Street, N.W.
                                            Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7900

                                            *Counsel for the Power Mobility Coalition*

Dated:  October 24, 2005