IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER MOBILITY COALITION, )
)
Plaintiff, )
)
v. ) Case No.: 1:05cv02027
) (RBW)
MICHAEL O. LEAVITT, Secretary, United States )
Department of Health and Human Services, and )
MARK B. McCLELLAN, Administrator, Centers )
for Medicare and Medicaid Services, )
)
Defendants. )
)

## ORDER

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* filed by plaintiff and K. Chris Todd on behalf of Austin C. Schlick is GRANTED, and Austin C. Schlick may appear on behalf plaintiff for this case only.

SIGNED this the 25th day of October, 2005.

_____
The Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE