UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION | : |
| | : Case No. 05cv2027 (RBW) |
| Plaintiff | : |
| v. | : |
| MICHAEL O. LEAVITT, Secretary | : |
| United States Department of Health and | : |
| Human Services, and MARK B. McCLELLAN, | : |
| Administrator, Centers for Medicare and | : |
| Medicaid Services, | : |
| Defendants. | : |

**ORDER**

Currently before the Court is the Plaintiff's Motion for Preliminary Injunctive Relief [D.E. # 3].  After a hearing on the motion held on October 25, 2005, and having heard oral argument of counsel, it is hereby

**ORDERED** that the Court defers ruling on the motion and will provide a written opinion on this matter.  It is further

**ORDERED** that, pending the issuance of this Court's written opinion, the defendants are not precluded from implementing the Interim Final Rule.

**SO ORDERED** this 27th day of October, 2005.

REGGIE B. WALTON
United States District Judge