UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER MOBILITY COALITION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the Department of<br>Health and Human Services, *et al.*<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05-cv-02027-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR LACK OF SUBJECT MATTER JURISDICTION**

COME NOW the Defendants and move this Court to dismiss plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Date:　December 13, 2005　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　　　　　U.S. Attorney for the District of Columbia

　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Y. Bressler
　　　　　　　　　　　　　　　　　　　　　BRIAN KENNEDY
　　　　　　　　　　　　　　　　　　　　　STEVEN Y. BRESSLER D.C. Bar No. 482492
　　　　　　　　　　　　　　　　　　　　　Attorneys, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　Civil Division, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　(202) 514-4781 (telephone)
　　　　　　　　　　　　　　　　　　　　　(202) 318-7609 (fax)
　　　　　　　　　　　　　　　　　　　　　Steven.Bressler@USDOJ.gov